1  DONALD H. MEDEARIS, SBN 206849
2  BAY AREA LEGAL AID
   1800 Market Street, 3rd Floor
3  San Francisco, CA 94102
   Telephone: (415) 354-6331
4  Fax: (415) 982-4243
   dmedearis@baylegal.org
5
   Attorney for Plaintiff,
6  JENNIFER PIRACHA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11  JENNIFER PIRACHA,                    ) Case No. 3:17-CV-00129-JST
                                         )
12              Plaintiff,               ) **STIPULATION AND PROPOSED ORDER**
13  vs.                                  ) **FOR AN EXTENSION OF TIME FOR**
                                         ) **PLAINTIFF TO FILE MOTION FOR**
14  NANCY A. BERRYHILL, Commissioner of the ) **SUMMARY JUDGMENT**
    Social Security Administration,      )
15                                       )
16              Defendant.               )
                                         )
17                                       )

18       IT IS HEREBY STIPULATED, by and between parties, through their representative

19  counsel of record, that Plaintiff shall have a first extension of time of 70 days to file her

20  Motion For Summary Judgement in response to Defendant's Answer . The new date for filing

21  Plaintiff's Motion for Summary Judgement will be August 7, 2017.

22

23       This extension is necessary because Donald H. Medearis substituted in as Plaintiff's

24  attorney on May 10, 2017, and although he represented the Plaintiff in her Social Security

25  Appeals Council case, he did not represent her at her Administrative Law Judge hearing,

26  needs more time to familiarize himself with the law and facts of the case and has a heavy

27

28
STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR
SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-00129-JST

1

caseload and work schedule. Plaintiff's Attorney apologizes to the Court and Opposing Counsel for the delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 10, 2017     /s/Donald H. Medearis
DONALD H. MEDEARIS
BAY AREA LEGAL AID

Dated: May 10, 2017     BRIAN STRETCH
United States Attorney
SARA WINSLOW
Chief of Civil Division
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/Jennifer A. Kenney
(* as authorized by e-mail on May 10, 2017)
JENNIFER A. KENNEY
Special Assistant United States Attorney
Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: May 16, 2017

IT IS SO ORDERED
Judge Jon S. Tigar

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 3:17-CV-00129-JST

2