BRIAN STRETCH, SBN CA 163793
United States Attorney
SARA WINSLOW, DCBN 457643
Chief of the Civil Division
DEBORAH STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER KENNEY, SBN CA 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PIRACHA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:17-CV-00129-JST<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE HER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST) AND [PROPOSED] ORDER |

TO THE HONORABLE JON S. TIGAR, DISTRICT JUDGE OF THE DISTRICT COURT:

The parties, through their undersigned attorneys, and with the approval of the Court, stipulate to extend Defendant's time to file her motion for summary judgment by two weeks (14 days), from September 5, 2017 to September 19, 2017. Defendant respectfully requests this first extension of time due to a significant, unexpected increase in workload, including taking over an employment law matter in the middle of litigation from a colleague experiencing a personal emergency. This is in addition to Defendant's counsel's already extremely busy workload, including more than a dozen pending Ninth

Stip. & ~~Proposed~~ Order for Extension, 3:17-CV-00129-JST

1

Circuit and district court cases, and other employment law matters in litigation before the Equal Employment Opportunity Commission and the Merit System Protection Board.

The parties further stipulate that Plaintiff shall have an additional two weeks (14 days) to file a Reply because Plaintiff's attorney will be out of the office on a planned vacation from September 23 through October 9. The new due date of Plaintiff's Reply is October 17, 2017.

Respectfully submitted,

Date: September 1, 2017     By: /s/ * Donald Medearis
                                DONALD MEDEARIS
                                (*authorized by email on Sept. 1, 2017)
                                Attorneys for Plaintiff

Date: September 1, 2017          BRIAN STRETCH
                                 United States Attorney

                            By: /s/ Jennifer A. Kenney
                                JENNIFER A. KENNEY
                                Special Assistant United States Attorney

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: September 5, 2017
                                HON. JON S. TIGAR
                                UNITED STATES DISTRICT JUDGE

Stip. & ~~Proposed~~ Order for Extension, 3:17-CV-00129-JST